# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Robert N. | C.D. of California | 04/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Recalled) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

Edward J. Schwartz U.S. Courthouse
221 West Broadway, Room 3A
San Diego, CA 92101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 04/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed doctor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 04/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank cash accounts | A | Interest | K | T | | | | | |
| 2. Chase Bank cash accounts | A | Interest | K | T | | | | | |
| 3. Citibank cash accounts | A | Interest | K | T | | | | | |
| 4. Capital One Bank cash accounts | D | Interest | M | T | | | | | |
| 5. Credit Karma cash accounts | A | Interest | K | T | Open | 11/04/19 | K | | |
| 6. Note receivable--Bella Mar RV Park LLC | | None | L | W | | | | | |
| 7. Note receivable--Phair Real Estate Acquisition Fund | | None | K | W | | | | | |
| 8. RETIREMENT PLAN (H) | | | | | | | | | |
| 9. --American Fds 2015 Trgtdtrtrmt R6 | | None | M | T | | | | | |
| 10. --American Fds 2020 Trgtdtrtrmt R6 | | None | L | T | | | | | |
| 11. --Amerrican Fds Bal R6 | | None | L | T | | | | | |
| 12. --Vanguard Wellesley Income Admiral | | None | M | T | | | | | |
| 13. --Nationwide Fixed Select Option | | None | O | T | | | | | |
| 14. --National Life whole life policy | C | Dividend | M | T | | | | | |
| 15. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 16. --JP Morgan US Govt Money Mkt Fd | D | Dividend | M | T | | | | | |
| 17. --Apple Inc. common stock | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   --Buckeye Partners LP | B | Distribution | | | Sold | 11/11/19 | K | | |
| 19.   --EQM Midstream Partners LP | C | Distribution | K | T | | | | | |
| 20.   --Magellan Midstream Partners LP | C | Distribution | K | T | | | | | |
| 21.   --Tallgrass Energy LP | B | Distribution | K | T | | | | | |
| 22.   --Andeavor Logistics LP | C | Distribution | | | Merged<br>(with line 23) | 07/30/19 | K | | |
| 23.   --MLPX | B | Distribution | K | T | | | | | |
| 24.   --American Ser Tax-Advantaged Growth &<br>Income Fd | D | Dividend | M | T | Buy<br>(add'l) | 02/01/19 | L | | |
| 25.   --American Ser II Tax Exempt Fd of Calif | A | Dividend | J | T | | | | | |
| 26.   --American Limited Term Tax Exempt Bond<br>Fd | A | Dividend | J | T | | | | | |
| 27.   --American Balanced Fd | | None | | | Sold | 02/01/19 | L | | |
| 28.   --American Short Term Bond Fd | B | Dividend | L | T | Sold<br>(part) | 02/01/19 | K | | |
| 29.   --American EuroPacific Growth Fd | | None | | | Sold | 02/01/19 | J | | |
| 30.   --American Intl Growth & Income Fd | | None | | | Sold | 02/01/19 | J | | |
| 31.   --American New World Fd | | None | | | Sold | 02/01/19 | J | A | |
| 32.   --American General Stable Growth 5 Fixed<br>Annuity | C | Interest | M | T | | | | | |
| 33.   --Protective Life Deferred Fixed Annuity | C | Interest | M | T | | | | | |
| 34.   -- Symetra Select 5 FixedAnnuity | A | Interest | N | T | Buy | 12/23/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 36. --JP Morgan Deposit Sweep Acct | | None | J | T | | | | | |
| 37. --American Ser Tax-Advantaged Growth & Income Fd | D | Dividend | N | T | Buy (add'l) | 02/01/19 | M | | |
| 38. --American Ser II Tax Exempt Fd of Calif | A | Dividend | J | T | | | | | |
| 39. --American Balanced Fd | | None | | | Sold | 02/01/19 | M | | |
| 40. --American Limited Term Tax Exempt Bond Fd | A | Distribution | J | T | | | | | |
| 41. --American Short Term Bond Fd | A | Dividend | L | T | Sold (part) | 02/01/19 | J | | |
| 42. --American EuroPacific Growth Fd | | None | | | Sold | 02/01/19 | J | | |
| 43. --American Intl Growth & Income Fd | | None | | | Sold | 02/01/19 | J | | |
| 44. --American New World Fd | | None | | | Sold | 02/01/19 | J | A | |
| 45. --Blackrock 20 80 Target Allocation Fd | C | Dividend | K | T | | | | | |
| 46. --Pimco Inc Fd | C | Dividend | L | T | | | | | |
| 47. --Prudential Financial Inc.common stock | B | Dividend | L | T | | | | | |
| 48. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 49. --JP Morgan US Govt Money Mkt Fd | B | Dividend | L | T | | | | | |
| 50. --American Ser Tax-Advantaged Growth & Income Fd | D | Dividend | N | T | Buy (add'l) | 02/01/19 | M | | |
| 51. --American Ser II Tax Exempt Fd of Calif | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Robert N.** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   --American Balanced Fd | | None | | | Sold | 02/01/19 | M | A | |
| 53.   --American Limited Term Tax Exempt Bond Fd | A | Dividend | J | T | | | | | |
| 54.   --American Short Term Bond Fd | B | Dividend | L | T | | | | | |
| 55.   --American EuroPacific Growth Fd | | None | | | Sold | 02/01/19 | J | | |
| 56.   --American Intl Growth & Income Fd | | None | | | Sold | 02/01/19 | J | | |
| 57.   --American New World Fd | | None | | | Sold | 02/01/19 | J | A | |
| 58.   --Blackrock 20 80 Target Allocation Fd | B | Distribution | L | T | | | | | |
| 59.   --Pimco Inc Fd | D | Distribution | M | T | | | | | |
| 60.   --Riverside Calif Elec Rev Bds dated 12/16/2010 | A | Interest | | | Redeemed | 10/01/19 | K | | |
| 61.   --State of Calif Various Purpose G/O Rfdg Bds dated 03/08/2012 | B | Interest | K | T | | | | | |
| 62.   --State of Calif Various Purpose G/O Bds dated 04/01/2009 | A | Interest | | | Redeemed | 04/02/19 | K | | |
| 63.   --Greenfield Calif Un Sch Bds dated 11/6/19 | | None | K | T | Buy | 10/31/19 | K | | |
| 64.   IRA ACCOUNT #1 (H) | | | | | | | | | |
| 65.   --JP Morgan US Govt Money Mkt Fd | A | Dividend | J | T | | | | | |
| 66.   --American Ser Tax-Advantaged Growth & Income Fd | B | Dividend | L | T | Buy<br>(add'l) | 02/01/19 | K | | |
| 67.   --American Balanced Fd | | None | | | Sold | 02/01/19 | J | A | |
| 68.   --American Target Date Retirement Ser Inc 2020 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --American Short Term Bond Fd | A | Dividend | K | T | | | | | |
| 70. --American EuroPacific Growth Fd | | None | | | Sold | 02/01/19 | J | | |
| 71. --American Intl Growth & Income Fd | | None | | | Sold | 02/01/19 | J | | |
| 72. --American New World Fd | | None | | | Sold | 02/01/19 | J | A | |
| 73. --Blackrock 20 80 Target Allocation Fd | B | Dividend | K | T | | | | | |
| 74. --Pimco Inc Fd | C | Dividend | L | T | | | | | |
| 75. --Western Asset Middle Mkt Income Fd | B | Dividend | K | T | | | | | |
| 76. IRA ACCOUNT #2 (H) | | | | | | | | | |
| 77. --JP Morgan US Govt Money Mkt Fd | A | Dividend | J | T | | | | | |
| 78. --American Ser Tax-Advantaged Growth & Income Fd | B | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 79. --American Balanced Fd | | None | | | Sold | 02/01/19 | J | A | |
| 80. --American Target Date Retirement Ser Inc 2020 | A | Dividend | J | T | | | | | |
| 81. National Life whole life policy | A | Dividend | M | T | | | | | |
| 82. Brighthouse Life (formerly MetLife) universal life policy | D | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. All of the assets listed iin Part VII technically are held by the family trust to which I referred in Part I..

Part VII, Item Nos. 9-13. The financial entity in which these retirement plan investments are held does not credit income to the individual investments held, but rather reports only the market value of each investment as of the report date.

Part VII, Item Nos. 16, 49, 66, and 77. Each of our brokerage accounts historically has had what is known as a "sweep" deposit account for all otherwise uninvested cash. In 2019, in four of our brokerage accounts, we directed that all otherwise uninvested cash be invested automatically in the JP Morgan US Govt Money Mkt Fd.

Part VII, Item Nos 22-23. On 7/30/19, Andeavor Logistics LP was merged into MLPX. Both entities issued K-1's for 2019. So, I listed the income distribuited by each.

Part VII, Item No. 32. In my previous FDR, I mistakenly reported this annuity under the name Western National Life Deferred Fixed Annuity.

Part VII, Item Nos. 32-34. We are not receiving any distributions from these deferred fixed annuities, but they are earning interest at the contract rates so I have reported the amount of interest earned during the reporting period in column B(1).

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert N. Block**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544